

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

May 31, 2017

**VIA OVERNIGHT MAIL**
Clerk, United States District Court
Northern District of Texas, Amarillo Division
205 East 5th, Room 133
Amarillo, Texas 79101

RECEIVED
JUN - 1 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Re:   *Martin Lee Kennedy v. Lorie Davis, Director*
      **Civil Action No.** 5:17-cv-063-C

Dear Clerk:

Attached please find the State Court Disciplinary Hearing Audio (DHA) Record in the above-referenced cause. The Disciplinary Grievance and Hearing records have already been electronically filed with the court on May 31, 2017.

Please indicate the date of filing on the enclosed copy of this letter and return it in the enclosed postpaid addressed envelope provided.

Thank you for your kind assistance in this matter.

Sincerely,

s/Jessica Manojlovich

JESSICA MANOJLOVICH
Assistant Attorney General
Criminal Appeals Division
512-936-1400

JM/vmz
Enclosures

DECLARATION OF Brittney Miller

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

"I am the custodian of records for the Montford Unit at the Texas Department of Criminal Justice ("TDCJ"). Attached are true and correct copies of the **Disciplinary Hearing Audio CD and Disciplinary Records for Disciplinary Case # 201701555398 (offense date 01/26/2017, hearing date 01/27/2017) for Offender Martin Lee Kennedy, TDCJ # 1474898**, records which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

"My name is Brittney Miller and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Lubbock, State of Texas, on the 9th day of May, 2017.

*Brittney Miller*
Brittney Miller
Inmate Records, Montford Unit
Texas Department of Criminal Justice