District Clerk
George H. Federal Bldg
1205 Texas Ave. Rm. 209
Lubbock TX. 79401

Sept. 22, 2017

Dear, Clerk

I am respectfully requesting information and status of Cause No #5:17-cv-0063, at your earliest convenience.

Thank you

MKdy



RECEIVED
SEP 26 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



Martin A. Kennedy #1494898
Montford Unit
8602 Peach St.
Lubbock Tx 79404

LUBBOCK TX 794
25 SEP 2017 PM 1 L
Clerk

United States District Court
Northern District of Texas
1205 Texas Ave. Room 209
Lubbock, Texas
79401

RECEIVED
SEP 26 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

7940134027