# United States District Court
## Northern District of Texas

*Lubbock Division*

September 26, 2017

Martin L. Kennedy, #1474898
Montford Unit
8602 Peach Street
Lubbock, Texas 79404


Re: Your correspondence received in the U.S. District Clerk's Office on  09/26/2017
Case No./Style:  5:17-CV-063

Per your status request received in the office, enclosed is a copy of the docket sheet on your case.  This office is providing you with a one time courtesy copy of the docket sheet on your case. Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page.  Please be aware that future requests for documents will be subject to these charges.




Sincerely,

Deputy Clerk -  {zzm}